No. 88–7247.   LANKFORD *v.* IDAHO.   Sup. Ct. Idaho.   Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question II presented by the petition.

No. 89–1922.   WILLIAMS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–2029.   SHELL OIL CO. *v.* LEONARDINI.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 89–7600.   HARRIS *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89–7683.   YOUNG *v.* FLORIDA ET AL.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 89–7775.   MARTIN *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE.   C. A. 5th Cir.   Certiorari denied.

No. 89–7779.   TIJERINA *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–7789.   CASTILLO *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 89–7833.   WILLIAMS *v.* GOODING ET AL.   C. A. 7th Cir. Certiorari denied.

No. 89–7867.   MCNABB *v.* JONES, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 89–7873.   MCQUILLION *v.* KOENIG, CHAIRMAN, CALIFORNIA BOARD OF PRISON TERMS.   C. A. 9th Cir.   Certiorari denied.

No. 90–61.   JOHNSON *v.* UNITED STATES.   Ct. Mil. App.   Certiorari denied.

No. 90–144.   SAFE FLIGHT INSTRUMENT CORP. *v.* SUNDSTRAND DATA CONTROL, INC.   C. A. Fed. Cir.   Certiorari denied.